FILED: September 9, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-4505
(3:16-cr-00022-GEC-5)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

ISAIAH WILSON

        Defendant - Appellant

_____

O R D E R
_____

The court grants counsel's motion to withdraw from further representation.

Entered at the direction of the panel: Judge Niemeyer, Judge Harris, and Judge Heytens.

        For the Court

        /s/ Patricia S. Connor, Clerk